# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

Brenda G. Minion

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Keystone AmeriHealth Caritas

**COMPLAINT**

Jury Trial: ☑ Yes ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

### I. Parties in this complaint:

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
- Name: Brenda G. Minion
- Street Address: 513 Bellevue Ct.
- County, City: Atco, (Camden County)
- State & Zip Code: NJ 08004
- Telephone Number: 856-809-6722

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name __AmeriHealth Caritas__
Street Address __100 Stevens Drive__
County, City __Philadelphia, Pa__
State & Zip Code __Pennsylvania 19113__

Defendant No. 2
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 3
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 4
Name _____
Street Address _____
County, City _____
State & Zip Code _____

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
[ ] Federal Questions
[ ] Diversity of Citizenship
[✓] U.S. Government Plaintiff
[ ] U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __Title VII of the Civil Rights Act of 1964 (Title VII)__
__The Americans with Disabilities Act (ADA)__

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

   Plaintiff(s) state(s) of citizenship _____

   Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? **AmeriHealth Caritas located 100 Stevens Dr. Phila. Pa**

B. What date and approximate time did the events giving rise to your claim(s) occur? **June 5, 2015 approximate times 9:30AM – 10:14am. Placed on Corrective Action throughout by Nakeyia Jenkins.**

C. Facts [What happened to you?]: **My company failed to consider my accomodations request when they failed to factor in my performance. Thus affecting my performance, thus taking away my accomodation which I felt was retalitory that I was on accomodation because of my disability. I honored that accomodation based on my disability. And because of the failed performance review I was prohibited from promotion and other opportunities within the company.**

[Who did what?] **Nakeyia Jenkins pulled me into the office while on ADA Accomodation 10/2014. Mike McGrevy and Darlene Stratford sent me back home because I was a liability being in the office against medical approved accomodations. Nov. 2014 started seeing a change in management attitude towards me (Keith Odgen, Mgr. + Nakeyia Jenkins Supv) Dec. 2014 Spoke to HR Partner Diane Zumbach to be considered for a new position because of my current/past medical situation. March 2015 I was informed by Nakeyia Jenkins again to report into the office. I told her I was unable due to ADA reasons and asked her to speak with my Absence Leave Specialist.**

[Who else saw what happened?] **She did not but had Diane Zumbach to call me to report into the office or go out on short term Disability because they did not like the way I was utilizing my intermittent Family Leave.**

**Denise Bochanski, Mgr was aware of ADA Accomodation Mary Ellen Director, Keith Odgen, Mgr, Mike McGreevy H.R**
[ ... ] **Darlene Stratford Leave Absence**

-3-

**IV. Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Neck and back was worsen due to exacerbation from traveling to and from office; long periods of sitting while traing for LOB700 with out a Ergonomic Work Station; Undue mental and emotional stress from Management after I was released from LOB700 training and sent back home under ADA accomodation with restrictions. From that point I was harrassed and terminated from my Employer through their Attorney Lee Newan, Esq.

**V. Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. To be reinstated without anytime lost. To have all Corrective Actions removed from my file while under my approved ADA Accomodations. To have full Compensation of my Annual Pay reimbursed. (When forced to take all my FMLA at one time verses intermittent leave.) To have the opportunity to continue to work for a GREAT ORGANIZATION under new Management and out from Claims Operations. A position ~~that~~ is equitable to my years of experience and higher education. I will like to request my complaint to be sealed from any prospected hiring manager or outside of the organization that would cause me further hinderance from equality and making a financial living for me and my family. Thank you.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __8__ day of __September__, 20__16__.

Signature of Plaintiff __Brenda Minion__
Mailing Address __513 Bellevue Ct.__
__Atco, NJ 08004__

Telephone Number __856-809-6722__
Fax Number *(if you have one)* _____
E-mail Address __brenda_minion@yahoo.com__

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: __Brenda Minion__